UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AMIR MOGHADDAM, <br><br> Defendant. | CASE NO.   05-425 M <br><br> DETENTION ORDER |

Offenses charged:

 Count I: Conspiracy to Distribute Heroin, in violation of Title 21, U.S.C., Sections 841(a)(1) and 841(b)(1)(A), and 846; and

 Count II: Possession with Intent to Distribute Heroin, in violation of Title 21, U.S.C., Sections 841(a)(1) and 841(b)(1)(B), and Title 18, U.S.C., Section 2.

Date of Detention Hearing: September 1, 2005.

 The Court conducted both a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f) and a Rule 5(c)(3) Identity Hearing. The Court finds that the defendant's identity has been established. The Court signed an order of transfer to the originating district court of the Southern District of Texas to answer the charges.

DETENTION ORDER
PAGE -1-

The detention hearing was contested, and the defendant may re-open the matter of detention in the Southern District of Texas. The Court finds that, based upon the factual findings and statement of reasons for detention hereafter set forth, no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Lawrence Lincoln. The defendant was represented by Peter Avenia.

The Government moved for detention; the defense argued for release of the defendant.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) There is probable cause to believe the defendant committed the conspiracy drug offense. The maximum penalty is in excess of ten years. There is therefore a rebuttable presumption against the defendant's release based upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e).

(2) Nothing in this record satisfactorily rebuts the presumption against release for several reasons:

(a) The defendant poses a risk of nonappearance as he is a citizen of Canada with no ties to the Western District of Washington or the Southern District of Texas; he has significant ties overseas, heightened in Iran where family resides; he has a valid passport at his residence in Canada; and the Bureau of Immigration and Customs Enforcement has filed a detainer. Moreover, the defendant has a history of failing to appear and flight to avoid prosecution as indicated in the U.S. Pre-trial Services Report.

(b) Due to the nature and seriousness of the instant offense, combined

        with the defendant's criminal history, including a 17-minute high-speed police pursuit, release of the defendant would pose a risk to the community.

(3) Based upon the foregoing information which is consistent with the recommendation of U.S. Pre-trial Services, it appears that there is no condition or combination of conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of September, 2005.

                                         */s/ M. Benton*
                                Monica J. Benton
                                United States Magistrate Judge